# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| JOSEPH S. SHARP | : | No. 357 MAL 2020 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| JAMES CASTRO, RACHEL CASTRO, AND SPECTRUM ENTERPRISES, LLC, | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| JOSEPH S. SHARP AND KAREN SHARP | : | |
| | : | |
| | : | |
| PETITION OF: JAMES CASTRO, RACHEL CASTRO, AND SPECTRUM ENTERPRISES, LLC | : | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 2nd day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.